OCTOBER 18, 1965.

No. 14, Original. LOUISIANA *v.* MISSISSIPPI ET AL. The case is set for argument on the Report of the Special Master and the exceptions thereto. Two hours are allotted for oral argument. [For earlier orders herein, see 375 U. S. 803, 950; 377 U. S. 901; 381 U. S. 947.]